**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
**Camden, NJ**

PATRICIA BRONSKY

                          Plaintiff,

v.                                                  Case No.: 1:23−cv−02254−RMB−MJS

                                                            Chief Judge Renée Marie Bumb

CARDINAL VILLAGE, INC., et al.

                          Defendant.

**ORDER OF DISMISSAL**

    This matter having been reported settled and the Court having administratively terminated the action for sixty (60) days so that the parties could submit the papers necessary to terminate the case, see Fed. R. Civ. P. 41(a)(1)(A)(ii), L. Civ. R. 41.1, and the sixty−day time period having passed without the Court having received the necessary papers;

    **IT IS** on this 12th day of December, 2024,

    **ORDERED** that the Clerk of the Court shall reopen the case and make a new and separate docket entry reading "CIVIL CASE REOPENED"; and it is further

    **ORDERED** that this matter be, and the same hereby is, DISMISSED WITH PREJUDICE, and without costs pursuant to Fed. R. Civ. P. 41(a)(2).


                            /s/ Renée Marie Bumb
                            _____
                            RENÉE MARIE BUMB Chief United States District Judge